IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McNeal, Vernon E

Printed: 12/02/08

Case Number: 08 B 20592
Judge: Wedoff, Eugene R
Filed: 8/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---|
| 1. | Washington Mutual | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 18,532.00 | 0.00 |
| 3. | Washington Mutual | Secured | 13,225.00 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 69.00 | 0.00 |
| 5. | America's Financial Choice Inc | Unsecured | 23.73 | 0.00 |
| 6. | America's Financial Choice Inc | Unsecured | 22.62 | 0.00 |
| 7. | B-Real LLC | Unsecured | 30.28 | 0.00 |
| 8. | Chase Automotive Finance | Unsecured | 160.47 | 0.00 |
| 9. | Municipal Collection Services | Unsecured | 25.00 | 0.00 |
| 10. | Village of Dolton | Unsecured | 68.69 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 12. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 13. | Cbe Group | Unsecured | | No Claim Filed |
| 14. | American School Of Correspondense | Unsecured | | No Claim Filed |
| 15. | Blue Island Fire Dept | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 18. | Collection Company Of America | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | Direct Tv | Unsecured | | No Claim Filed |
| 23. | Comcast | Unsecured | | No Claim Filed |
| 24. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 25. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 26. | American School Of Correspondense | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McNeal, Vernon E

Printed: 12/02/08

Case Number: 08 B 20592
Judge: Wedoff, Eugene R
Filed: 8/7/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Harris & Harris | Unsecured | | No Claim Filed |
| 28. | GC Services | Unsecured | | No Claim Filed |
| 29. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 30. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 31. | MCI Residential | Unsecured | | No Claim Filed |
| 32. | Oak Forest Hospital | Unsecured | | No Claim Filed |
| 33. | Cbe Group | Unsecured | | No Claim Filed |
| 34. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 35. | Village of Dolton | Unsecured | | No Claim Filed |
| 36. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 37. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 32,156.79 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

